# MEMORANDUM DECISIONS.

ALICE STATE BANK et al. v. HOUSTON PASTURE CO.† (Circuit Court of Appeals, Fifth Circuit. November 27, 1915.) No. 2823. In Error to the District Court of the United States for the Southern District of Texas; Waller T. Burns, Judge. Walter P. Napier, of San Antonio, Tex., for plaintiffs in error. W. D. Gordon, of Beaumont, Tex., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and SPEER, District Judge.

PER CURIAM. On the evidence shown in the transcript the legal title to the land in controversy is in the Houston Pasture Company. The plaintiffs in error show no sufficient title by limitation. See Hyde v. McFaddin, 140 Fed. 433, 72 C. C. A. 655. We conclude from the evidence that the judge below properly directed a verdict for defendant in error. Affirmed.

ATCHISON, T. & S. F. RY. CO. v. UNITED STATES & MEXICAN TRUST CO. et al. (Circuit Court of Appeals, Eighth Circuit. October 27, 1915.) No. 4343. Appeal from the District Court of the United States for the District of Kansas. William R. Smith, of Topeka, Kan., for appellant. Samuel Untermyer, of New York City, and John A. Eaton, S. W. Moore, and D. W. Eaton, all of Kansas City, Mo., for appellees.

PER CURIAM. Dismissed, at costs of appellant, per stipulation; taxation of attorney's fee for appellees waived.

BABER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 17, 1915.) No. 4388. In Error to the District Court of the United States for the Eastern District of Oklahoma. H. B. Martin and A. F. Moss, both of Tulsa, Okl., for plaintiff in error. D. H. Linebaugh, U. S. Atty., of Atoka, Okl., and W. P. McGinnis, Asst. U. S. Atty., of Muskogee, Okl.

PER CURIAM. Reversed, on confession of error by defendant in error, without costs to either party in this court, and cause remanded, with directions to grant a new trial.

BUTLER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 31, 1915.) No. 4358. In Error to the District Court of the United States for the Eastern District of Oklahoma. James C. Denton, of Muskogee, Okl., for plaintiff in error. D. H. Linebaugh, U. S. Atty., of Atoka, Okl., and W. P. McGinnis, Asst. U. S. Atty., of Muskogee, Okl.

PER CURIAM. Reversed, on confession of error by defendant in error, without costs to either party in this court, and cause remanded, with directions to grant a new trial.

CARPENTER v. McDONALD. (Circuit Court of Appeals, Sixth Circuit. June 12, 1915.) No. 2644. Appeal from the District Court of the United States for the Western District of Michigan. Charles H. Watson, of Crystal Falls, Mich., for appellant. G. R. Empson, of Gladstone, Mich., for appellee.

PER CURIAM. Affirmed, pursuant to stipulation.

CARTER CAR CO. v. McINTOSH et al. (Circuit Court of Appeals, Sixth Circuit. October 9, 1915.) No. 2743. Appeal from the District Court of the United States for the Eastern District of Michigan. R. A. Parker, of Detroit, Mich., for appellant. V. H. Lockwood, of Indianapolis, Ind., for appellee.

PER CURIAM. Dismissed pursuant to stipulation.

† Rehearing denied January 4, 1916.